UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-60229-GAYLES

**THOMAS RANIERI, and all others
similarly situated under 29 U.S.C. 216(b)**,

    Plaintiff,

v.

**PREMIER FIRE ALARMS AND
INTEGRATION SYSTEMS, INC., a
Florida corporation**,

    Defendant.
_____/

# FINAL JUDGMENT

**THIS CAUSE** came before the Court on a jury trial that commenced on March 7, 2022. On March 8, 2022, the jury returned a verdict in favor of Plaintiff Thomas Ranieri and against Defendant Premier Fire Alarms and Integration Systems, Inc. *See* [ECF No. 101]. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on March 8, 2022, judgment is entered in favor of Plaintiff Thomas Ranieri and against Defendant Premier Fire Alarms and Integration Systems, Inc. on Plaintiff's claim for unpaid minimum wages. Plaintiff Thomas Ranieri is entitled to $1,100 in unpaid minimum wages and $1,100 in liquidated damages, for a total award of $2,200. Post-judgment interest shall accrue at the statutory rate.

2. The Court shall retain jurisdiction to consider an award of reasonable attorney's fees.

3. This matter is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of March, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE