UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-60229-GAYLES

**THOMAS RANIERI, and all others
similarly situated under 29 U.S.C. 216(b)**,

    Plaintiff,

v.

**PREMIER FIRE ALARMS AND
INTEGRATION SYSTEMS, INC., a
Florida corporation**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss' Report and Recommendation (the "Report") [ECF No. 122] regarding Plaintiff Thomas Ranieri's Verified Motion for Attorney Fees (the "Motion") [ECF No. 112]. On May 20, 2022, the Court referred the Motion to Judge Strauss for a ruling. [ECF No. 116]. On July 15, 2022, Judge Strauss issued his Report recommending that the Motion be granted in part and denied in part. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Strauss' well-reasoned analysis and conclusion that the Motion should be granted in part and denied in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Jared M. Strauss' Report and Recommendation, [ECF No. 122], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Plaintiff's Verified Motion for Attorney Fees, [ECF No. 112], is **GRANTED in part and DENIED in part**. Plaintiff is awarded $38,480.00 in attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of August, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE